| PROB 22 [EDTN51] (1/98) | | DOCKET NUMBER *(Tran. Court)* 1:00-CR-127-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:14-00039-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Larry Emberton<br>645 Allen Bend Road<br>Smithville, Tennessee 37166-5539 | Eastern District of Tennessee | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Curtis L. Collier<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 23, 2013 — TO October 22, 2018 |

OFFENSE
Conspiracy to Manufacture in Excess of 50 Grams of Methamphetamine;
Felon in Possession of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____          *Curtis L. Collier*
Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-28-14          [signature]
Effective Date          United States District Judge

FILED
FEB 05 2014
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga